DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER F. GARY** and **PINNACLE ADVERTISING AND MARKETING GROUP, LLC,**
Appellants,

v.

**JTC HOLDINGS, LLC,** et al.,
Appellees.

No. 4D2023-1566

[May 22, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502015CA012956.

Thomas G. Zeichman of Beighley, Myrick, Udell, Lynne & Zeichman, P.A., Boca Raton, for appellants.

Peter M. Feaman and Nancy E. Guffey of The Feaman Law Group, Boynton Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***